HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00189-JLT |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| SALVADOR CALDERON, | |
| Defendant. | |

Defendant, Salvador Calderon, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of his supervised release.

On June 9, 2014, Mr. Calderon was sentenced to 88 months in custody followed by 4 years of supervised release with conditions. He began serving his term of supervised release on April 30, 2020. Mr. Calderon submits the attached Financial Affidavit as evidence of his inability to retain counsel currently. After reviewing Mr. Calderon's Financial Affidavit, it is respectfully recommended that CJA panel counsel be appointed.

DATED: July 28, 2022   */s/ Eric Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel at this time, the Court hereby appoint CJA panel counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated: __**July 28, 2022**__              /s/ *Barbara A. McAuliffe*
                                                             UNITED STATES MAGISTRATE JUDGE