FILED

AUG 0 8 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SALVADOR CALDERON,<br><br>　　　　Defendant. | Case №: 1:22-CR-00189-1-JLT<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The above named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this Court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Darryl E. Young be appointed to represent the above defendant in this case effective *nunc pro tunc* to July 29, 2022.

This appointment shall remain in effect until further order of this court.

DATED: 8/8/2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. ERICA P. GROSJEAN
　　　　　　　　　　　　　　　　　　United States Magistrate Judge