UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> SALVADOR CALDERON, <br> Defendant. | Case No.: 1:22-cr-00189-1 JLT <br><br> ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE <br><br> (Doc. 8) |

Salvador Calderson moves the Court for an order terminating his supervised release early. He has been under supervision for a few months short of three years. During this time, he has complied with the terms of this supervision, he has established a stable and supportive home, and he has remained employed. Neither his probation officer nor the government (Doc. 11) oppose early termination. For the reasons set forth below, the motion is **GRANTED**.

**I. Analysis**

Mr. Calderon began supervision in late April 2020 after completing an 88-month term in prison for conspiring to distribute methamphetamine. (Doc. 8-1) Notably, however, Mr. Calderon was found to be in possession of a firearm related to this crime and in 1997, he had been arrested for making a terrorist threat.

Since he was released from prison, he has complied with the requirements of supervised release. All of his drug tests have been negative. Only on one occasion did he fail to drug test, but

this was due to a scheduling conflict, and he tested the next day with negative results. Mr. Calderon has established a stable home, with his supportive fiancée (Doc. 8-3) and her daughter, and he has lived in the same place since July 2021. He has remained employed full-time with the same employer since November 2021 (Doc. 8-4). The probation officer describes the positive change in Mr. Calderon's life as "drastic." Finally, the probation officer reports that Mr. Calderon's "Post-Conviction Risk Assessment is categorized as a Low, indicating a 6% arrest rate and 2% revocation rate."

The Court acknowledges its discretion to terminate supervision early in this case. In considering the motion, the Court notes, first, that the underlying offense was quite serious and dangerous to the most vulnerable of society. However, the significant changes Mr. Calderon has made and the commitment he has shown to remaining a contributing member of society, convinces the Court that the public would be adequately protected if supervision were terminated early and that the interests of justice warrant the relief sought here. Thus, after considering all of the § 3553(1) and § 3583(e)(1) factors, the motion for early termination of supervised release is **GRANTED**.

IT IS SO ORDERED.

Dated:   **February 7, 2023**

UNITED STATES DISTRICT JUDGE